UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOYBEAN ASSOCIATION, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Defendants.* | Case No. 1:20-cv-3190-RCL |

## ORDER

The plaintiffs have filed an amended complaint in this action. ECF No. 50. Accordingly, the government's partial motion [43] to dismiss and the plaintiffs' motion [49] for an extension of time to file a response to the motion to dismiss are **DENIED AS MOOT**.

Responses to the amended complaint are due within fourteen days. *See* Fed. R. Civ. P. 15(a)(3).

**IT IS SO ORDERED.**

Date: 4/28/21

Royce C. Lamberth
United States District Judge