IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOYBEAN ASSOCIATION, et al., *Plaintiffs*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., *Federal Defendants*, and BASF CORPORATION, et al., *Intervenor-Defendants*. | No. 1:20-cv-03190-RCL |

**FEDERAL DEFENDANTS' NOTICE OF POTENTIAL REGULATORY ACTION**

Federal Defendants, the U.S. Environmental Protection Agency et al. ("EPA"), respectfully submit this notice to inform the Court of potential future regulatory action by EPA regarding the dicamba-based products at issue in this litigation.

On December 21, 2021, EPA released a report on impacts of over-the-top dicamba use on non-target crops during the 2021 growing season. Status of Over-the-Top Dicamba: Summary of 2021 Usage, Incidents and Consequences of Off-Target Movement, and Impacts of Stakeholder-Suggested Mitigations, (Dec. 15, 2021) (available at https://www.regulations.gov/document/EPA-HQ-OPP-2020-0492-0021). As detailed in the press release that accompanied the report, the nature and extent of these impacts have led EPA to consider further regulatory action. EPA Releases Summary of Dicamba-Related Incident Reports from the 2021 Growing Season, (Dec. 21, 2021) (available at

https://www.epa.gov/pesticides/epa-releases-summary-dicamba-related-incident-reports-2021-growing-season).

EPA will apprise the Court of further regulatory developments and will promptly notify the Court if circumstances warrant a lifting of the current abeyance order.

Dated: December 22, 2021

Respectfully submitted,

/s/  Andrew D. Knudsen
ANDREW D. KNUDSEN
Environmental Defense Section
  (202) 353-7466
  Andrew.Knudsen@usdoj.gov
J. BRETT GROSKO
Wildlife and Marine Resources Section
  (202) 305-0342
  Brett.Grosko@usdoj.gov
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 22, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/  Andrew D. Knudsen*
Andrew D. Knudsen
